# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 9, 2010

Marilyn Kelly,
Chief Justice

140394

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOHNNY LEE TAYBRON, JR.
      Defendant-Appellant.

SC: 140394
COA: 294649
Saginaw CC: 08-030914-FH

_____/

      On order of the Court, the application for leave to appeal the December 1, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____      _____

Clerk